

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:      01-21-00129-CR

Trial Court Cause
Number:            87685-CR

Style:             Brandon Tyrone Garrett v. The State of Texas


Date motion filed[*]:   July 15, 2022

Type of motion:         Motion for Rehearing

Party filing motion:

Document to be filed:

Is appeal accelerated? ☐ YES     ☐ NO

Ordered that motion is:

☐ Granted

   If document is to be filed, document due:

   ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____


Judge's signature: /s/ Sherry Radack
                   ☐ Acting individually     ☒ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Goodman and Hightower.

Date:  August 9, 2022